# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GADDY,<br><br>    Petitioner,<br><br>    v.<br><br>D. DAVEY,<br><br>    Respondent. | Case No. 1:16-cv-00563-DAD-SAB<br><br>ORDER DENYING PETITIONER'S MOTION FOR DEFAULT<br><br>(ECF No. 11) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 30, 2016, the Court received the instant motion, wherein Petitioner argues that Respondent has defaulted because he did not submit a response to the petition within the time period proscribed in the Court's order to respond. (ECF No. 11).

This Court served its order to respond on Respondent electronically on April 28, 2016. Pursuant to the order to respond, Respondent had to file a response within sixty (60) days of the date of service of the order. (ECF No. 4). The sixtieth day fell on June 27, 2016. Federal Rule of Civil Procedure 6(d) provides that when service is accomplished electronically in accordance with Federal Rule of Civil Procedure 5(b)(2)(E), "3 days are added after the period would otherwise expire under Rule 6(a)" for a party to act. Therefore, adding the three additional days pursuant to Fed. R. Civ. P. 6(d), Respondent's response was due on June 30, 2016. Respondent filed a motion to dismiss on June 24, 2016, and therefore, he filed his response in accordance

1 with the Court's order to response. (ECF No. 10). As Respondent has complied with the
2 deadlines set by the Court and filed a motion to dismiss, the Court HEREBY DENIES
3 Petitioner's motion for default.

IT IS SO ORDERED.

Dated: __**July 7, 2016**__

UNITED STATES MAGISTRATE JUDGE